**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

HOT IN HERE, INC.,

Plaintiff,

v.

GARY MAURICE "JOYNER" LUCAS JR.,

Defendant.

Case No. 25-cv-02999-BAS-JLB

**ORDER GRANTING PARTIES' JOINT MOTION TO DISMISS CASE WITH PREJUDICE (ECF No. 11)**

Pending before the Court is Parties' joint motion pursuant to Federal Rule of Civil Procedure ("Rule") 41(a)(1)(A)(ii) to dismiss the above-captioned action.  (ECF No. 11.)

Under Rule 41(a)(1), a plaintiff has an absolute right to voluntarily dismiss its action by (1) filing a notice of voluntary dismissal before a defendant has filed an answer or moved for summary judgment or (2) filing a stipulation of dismissal signed by all parties who have appeared.  Fed. R. Civ. P. 41(a)(1)(A); *see also Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997).  Dismissal is effective upon the filing of a notice or stipulation, as described in Rule 41(a)(1)(A), and no court order is required.  *Stone v. Woodford*, No. CIV-F-05-845 AWI DLB, 2007 WL 527766 (E.D. Cal. Feb. 16, 2007).  A dismissal is without prejudice unless the parties stipulate otherwise.  Fed. R. Civ. P. 41(a)(1)(B).  However, the local civil rules of this district require that where, as here,

- 1 -

25cv2999

litigants seek voluntary dismissal pursuant to stipulation, in accordance with Rule 41(a)(1)(A)(ii), the stipulation of dismissal must be filed as a joint motion.  *See* CivLR 7.2.

Here, Parties jointly move to dismiss the present action.  (ECF No. 11.)  Having considered the parties' submission, the Court **GRANTS** the joint motion.  (*Id*.)  Thus, the Court **DISMISSES WITH PREJUDICE** the action.  Each party shall bear its own costs and attorney's fees.  The Court also **DIRECTS** the Clerk of Court to close the case.

**IT IS SO ORDERED.**

**DATED: May 21, 2026**

**Hon. Cynthia Bashant, Chief Judge**
**United States District Court**

- 2 -

25cv2999